UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENEE KENNEDY,**<br><br>                    **Plaintiff**<br>         v.<br><br>**DISTRICT OF COLUMBIA**<br><br>                    **Defendant** | **Civil Action No. 08-578 (EGS)** |

**MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

Defendant District of Columbia ("District" and/or "Defendant"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant defendant's Motion to Enlarge the time to file a pleading in response to the plaintiff's Complaint by an additional forty (40) days, up to and including October 10, 2008.  A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

**LCvR 7(m) Statement**

On August 26, 2008 and August 27, 2008, undersigned counsel called and e-mailed plaintiffs counsel, Jimmy A. Bell to seek consent to the relief requested in this Motion.  Mr. Bell has not responded to the request by the time this motion was filed.

Dated: August 27, 2008

                                        Respectfully submitted,

                                        PETER J. NICKLES
                                        Acting Attorney General for the
                                        District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

  */s/Toni Michelle Jackson*
TONI MICHELLE JACKSON (453765)
Chief, General Litigation Section III

  */s/Ronald W. Gill, Esq.*
RONALD W. GILL, ESQ. (975414)
Assistant Attorney General
Civil Litigation Division, Section III
441 4th Street N.W., 6th floor South
Washington, D.C. 20001
Direct Line: (202) 741-0760
 E-mail: ronaldw.gill@dc.gov

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENEE KENNEDY,**<br><br>                    **Plaintiff,**<br>     **v.**<br><br>**DISTRICT OF COLUMBIA**<br><br>                    **Defendant.** | **Civil Action No. 08-578 (EGS)** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

Defendant District of Columbia ("District" and/or "Defendant"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant Defendant's Motion to Enlarge the time to file a pleading in response to the plaintiff's Complaint by an additional forty (40) days, up to and including October 10, 2008.  The Motion should be granted for the reasons set forth below:

1. Plaintiff filed her Complaint on August 9, 2008.  A responsive pleading therefore is due on or before August 29, 2008.

2. The Complaint alleges that the District of Columbia Metropolitan Police Department (MPD) discriminated and retaliated against Plaintiff during her employment with the MPD. Specifically, the plaintiff alleges that MPD employees discriminated against Plaintiff by denying her an opportunity for a promotion.

3. Due to a complex nature of the case and the existence of a duplicative lawsuit filed by Plaintiff against the District in 2005, the District requires additional time to locate the earlier closed file, as well as research the facts and circumstances of plaintiff's present allegations against the District.  In addition, there may exist relevant information with the District of Columbia Office f Human Rights and the Equal Employment Opportunity Commission which requires investigation.  See, *1:05 -cv-00238- (JDB)*.

4. Further, on October 23, 2007, this Court dismissed Plaintiff's 2005 lawsuit in its entirety following Defendant's Summary Judgment Motion. For the reasons set forth above, undersigned counsel respectfully requests the additional time to enable him to complete and file a pleading in this matter.

5. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[1]  The Court has wide discretion to grant such motions.  *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976).  Given the facts discussed in the Motion, the defendant respectfully requests that the Court grant the extension.

6. Plaintiff will not be prejudiced by the granting of this Motion as her Complaint was filed on August 9, 2008.

WHEREFORE, for the reasons stated herein, defendant respectfully requests that this Court expand the time to file a responsive pleading by forty (40) days, up to and including October 10, 2008.

---

[1] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

Dated: August 27, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Acting Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/Toni Michelle Jackson*
        TONI MICHELLE JACKSON (453765)
        Chief, General Litigation Section III

        */s/Ronald W. Gill, Esq.*
        RONALD W. GILL, ESQ. (975414)
        Assistant Attorney General
        Civil Litigation Division, Section III
        441 4th Street N.W., 6th floor South
        Washington, D.C. 20001
        Direct Line: (202) 741-0760
        E-mail: ronaldw.gill@dc.gov