UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENEE KENNEDY,**<br><br>          **Plaintiff**<br>     v.<br><br>**DISTRICT OF COLUMBIA**<br><br>          **Defendant** | **Civil Action No. 08-578 (EGS)** |

## ORDER

Upon consideration of District of Columbia's Motion to Enlarge the time to file a pleading in response to the plaintiff's Complaint, any opposition filed thereto, the record herein, and for the reasons in Defendant's motion, it is this _____ day of _____, 2008,

ORDERED: That District of Columbia's motion is hereby GRANTED, and that the District of Columbia is hereby granted an additional forty (40) days, up to and including October 10, 2008 to file a pleading in response to the plaintiff's Complaint.

_____
The Honorable Emmet G. Sullivan.
U.S. District Court Judge